1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KENNETH ROYSTER,                    1:12-cv-00085 MJS (PC)

12                        Plaintiff,     ORDER TRANSFERRING CASE TO THE
                                         CENTRAL DISTRICT OF CALIFORNIA
13   vs.

14   LEROY D. BACA,

15                        Defendant.

16   _____/

17        Plaintiff Kenneth Royster ("Plaintiff"), a state prisoner proceeding pro se, has filed a civil

18   rights action pursuant to 42 U.S.C. § 1983.

19        The federal venue statute requires that a civil action, other than one based on diversity

20   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

21   defendants reside in the same state, (2) a judicial district in which a substantial part of the

22   events or omissions giving rise to the claim occurred, or a substantial part of the property that

23   is the subject of the action is situated, or (3) a judicial district in which any defendant may be

24   found, if there is no district in which the action may otherwise be brought." 28 U.S.C. §

25   1391(b).

26        In this case, none of the defendants reside in this district.  The claim arose in Los

27   Angeles County, which is in the Central District of California.  Therefore, Plaintiff's claim

28   should have been filed in the United States District Court for the Central District of California.

                                         –1–

1  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to

2  the correct district.  See 28 U.S.C. § 1406(a);  Starnes v. McGuire, 512 F.2d 918, 932 (D.C.

3  Cir. 1974).

4       Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United

5  States District Court for the Central District of California.

6

7

8  IT IS SO ORDERED.

9  Dated:    January 27, 2012          /s/ *Michael J. Song*
                                       UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28