# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ROYSTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY<br>SHERIFF DEPARTMENT,<br><br>　　　　Defendant. | Case No. CV 12-994-JFW (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

1      IT IS THEREFORE ORDERED that defendant's Motion for Terminating
2 Sanctions and/or Involuntary Dismissal is granted, and Judgment will be entered
3 dismissing the Second Amended Complaint and this action without prejudice.

5 DATED:   June 7, 2013

        _____
        HONORABLE JOHN F. WALTER
        UNITED STATES DISTRICT JUDGE