JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ROYSTER, | ) Case No. CV 12-994-JFW (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| LOS ANGELES COUNTY SHERIFF DEPARTMENT, | ) |
| Defendant. | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Complaint and this action are dismissed without prejudice.

Dated: June 7, 2013

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE